UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

RHIANNON PENNINGTON,
      Plaintiff,                       CIVIL ACTION NO. 3:21-CV-01039-MC

-v-

COMMISSIONER OF SOCIAL SECURITY,
      Defendant.

Order Awarding Attorney's Fees
Pursuant to Social Security Act Section 206(b)(1)

Before the Court is the Motion of Plaintiff, Rhiannon Pennington, for award of attorney's fees pursuant to the Social Security Act Section 206(b)(1). Based on the pleadings as well as the position of the defendant commissioner, if any,

IT IS HEREBY ORDERED that Plaintiff's counsel is awarded attorney fees in the total amount of Sixteen Thousand, Three Hundred and Forty-Three Dollars and Seventy-Five Cents ($16,343.75) pursuant to the Social Security Act Section 206(b)(1).

Fees shall be paid in the amount of Five Thousand, Two Hundred and Forty-Six Dollars and Forty-Seven Cents, ($5,246.47), effectively refunding the amount of the EAJA ($11,097.28) to the Plaintiff.

The check or payment for attorney's fees shall be made payable to Plaintiff's attorney, Maren A. Bam, and mailed to the following address:

8513 W. 9th Avenue
Kennewick, WA, 99336

So Ordered, this __20th__ day of __November, 20__23__.

                                                    s/Michael J. McShane
                                           _____
                                           Michael McShane
                                           United States District Court Judge

[proposed Order proffer: Maren A. Bam copy to Defendant]